UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D. DUSTIN,

Plaintiff,

v.

C. GIPSON, Former Warden; *et al.*,

Defendants.

No. C-14-2928 EMC (pr)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Corcoran State Prison, filed this *pro se* civil action, complaining of events and omissions that apparently occurred at that prison and apparently involved staff at that prison. *See* Docket # 1 at 3, 17-18. Corcoran State Prison is in Kings County, which is within the venue of the Eastern District of California. The 30+ defendants apparently reside in the Eastern District, as they are employed at Corcoran State Prison. No defendant is alleged to reside in the Northern District and Plaintiff even alleges that the Eastern District is the proper district, *see id.* at 17. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
EDWARD M. CHEN
United States District Judge