UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. GIPSON, et al.,<br><br>　　　　Defendants. | 1:14-cv-01405-LJO-EPG-PC<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS PLAINTIFF'S MOTION FOR RETURN OF PERSONAL AND LEGAL PROPERTY<br>(ECF No. 32.) |

　　　　Plaintiff, Dale Owen Dustin ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at Kern Valley State Prison (KVSP) in Delano, California.

　　　　On May 18, 2015, the Court issued an order requiring Plaintiff to file an amended complaint within thirty days. (ECF No. 19.) Plaintiff has requested and been granted four extensions of time to file the amended complaint, explaining each time that his personal and legal property were taken from him by prison officials and have not been returned to him. (ECF Nos. 20, 22, 26, 30.) Plaintiff has made multiple requests for a Court order compelling the return of his property; however, the Court lacks jurisdiction to grant the relief requested by Plaintiff. Plaintiff has filed another motion for return of his property and two more motions for extension of time to file the amended complaint. (ECF Nos. 32, 33, 34.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, the Office of the Attorney General shall address Plaintiff's assertions that he is unable to comply with the Court's order because he cannot gain access to his property; and

2. The Clerk is directed to serve a copy of this order upon Supervising Deputy Attorney General Monica Anderson.

IT IS SO ORDERED.

   Dated: **April 13, 2016**        /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE