UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>            Plaintiff,<br><br>       vs.<br><br>C. GIPSON, et al.,<br><br>            Defendants. | 1:14-cv-01405-LJO-EPG (PC)<br><br>ORDER GRANTING MOTION FOR COPY OF COMPLAINT<br>(ECF NO. 45) |

Dale Dustin ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 25, 2014. (ECF No. 1). On May 18, 2015, the Court[1] directed Plaintiff to file an Amended Complaint. (ECF No. 19). While Plaintiff has requested numerous extensions of time, the Amended Complaint has not yet been filed. On September 16, 2016, Plaintiff filed what the Court construes as a Motion for a Copy of the Complaint ("the Motion"). (ECF No. 45). According to the Motion, Plaintiff needs a copy of the Complaint in order to draft the Amended Complaint. While it appears that a copy of the Complaint has already been sent to Plaintiff (ECF No. 43), Plaintiff has asserted in his Motion that he has not

---

[1] Judge Gary S. Austin was the presiding Magistrate Judge at the time.

1

1 | received it.  Additionally, it appears that Plaintiff's address may have changed (ECF No. 45),
2 | lending credence to Plaintiff's assertion.
3 |     Therefore, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy
4 | of Plaintiff's initial Complaint (ECF No. 1).

IT IS SO ORDERED.

   Dated:  **September 22, 2016**            /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE