1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    DALE OWEN DUSTIN,                        1:14-cv-01405-LJO-EPG (PC)

10                  Plaintiff,                NOTICE CONCERNING PLAINTIFF'S
                                              MEMORANDUM OF UNDERSTANDING
11          v.                                (ECF NO. 51)

12   C. GIPSON, et al.,

13                  Defendants.

14

15          Dale Dustin ("Plaintiff") is a state prisoner proceeding *pro* se and *in forma pauperis* in

16   this civil rights action pursuant to 42 U.S.C.   On October 24, 2016, Plaintiff filed a

17   "Memorandum of Understanding."  (ECF No. 51).

18          Plaintiff asks for advisement regarding whether he should still file objections to the

19   Court's findings and recommendations.  Notwithstanding Plaintiff's filings on October 24, 2016

20   (ECF Nos. 51 & 52), and as previously ordered (ECF No. 50), Plaintiff's objections are due on

21   November 17, 2016.

22

23

24   IT IS SO ORDERED.

25       Dated:   **October 28, 2016**                    /s/ *Erica P. Grosjean*

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                              1